# STEWART LEE KARLIN LAW GROUP, P.C.
Attorneys at Law
**111 JOHN STREET, 22ND FLOOR**
**New York, New York 10038**
**(212) 792-9670/Office**
**(844) 636-1021/Fax**
slk@stewartkarlin.com

October 11, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

RE:   Byas v. Yonkers Public Schools,
      23-cv-08437-KMK

Dear Judge Karas:

Plaintiff is writing this letter in response to Defendant's letter requesting a pre-motion conference regarding Defendant's Motion to Dismiss. (Dkt No. 5) Pursuant to Your Honor's Rules concerning **Motion to Dismiss II A,** Plaintiff has elected to amend his complaint, and thus respectfully requests until **November 1, 2023** to amend his complaint.

Thank you for your consideration in this matter.

Very truly yours,

STEWART LEE KARLIN
SLK/cb
cc: Joanna M. Topping, Esq. via ECF