# STEWART LEE KARLIN LAW GROUP, P.C.
## Attorneys at Law
### 111 JOHN STREET, 22ND FLOOR
### New York, New York 10038
### (212) 792-9670/Office
### (844) 636-1021/Fax
### slk@stewartkarlin.com

October 31, 2023

**VIA ECF**
Honorable Kenneth M. Karas
United States District Court
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, NY 10601-4150

RE:  Byas v. Yonkers Public Schools,
 23-cv-08437-KMK

Dear Judge Karas:

We represent Plaintiff in the above-referenced matter. I write to respectfully request a brief one week extension of time to file an amended complaint currently due on November 1, 2023. I have spoken to Counsel for Defendant who has graciously consented to Plaintiff's application for an extension. This is the first request by Plaintiff for an extension of time to file the amended complaint. The current due date for Plaintiff's amended complaint is November 1, 2023.  **Plaintiff is respectfully requesting until to November 8, 2023 to file her amended complaint and that Defendant's response to the amended complaint be due on December 8, 2023.**

The undersigned has a confluence of other statutory deadlines, mediations, depositions etc.… including an appeal before the United States Court of Appeals for the District of Columbia in *Abreu v. Howard University*, reply brief in *Vargas v. the New York City Department of Education* in the First Department, complaints due on statutory deadlines in *Smith v. NYC DOE*, and *Martucci v. NYC DOE*, , amended PERB charge in the *Matter of Caggiano*, response to complex summary judgment motion due *on O'Neill v. Newburgh Enlarged Central School District* pending in this Court, oral arguments on case dispositive motions pending in New York County and Kings County Supreme Court this, and other statutory deadlines.

Thus, it is respectfully submitted the confluence of other deadlines that Plaintiff's request is reasonable under the circumstances.

Thank you for your consideration in this matter.

Very truly yours,

STEWART LEE KARLIN
SLK/cb
cc: Joanna M. Topping, Esq. via ECF