# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
111 John Street, 22nd Floor
New York, New York 10038
Tel: (212) 792-9670
Fax: (844) 636-1021
slk@stewartkarlin.com

February 18, 2025

**Via ECF**
Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**MEMO ENDORSED**

Re:   Byas v. Yonkers Public Schools,
       7:23-cv-08437-KMK

Dear Judge Karas:

This office represents the Plaintiff in the above-referenced matter. I respectfully request a one-week extension from February 21, 2025, to February 28, 2025, to file opposition papers to the Defendant's Motion to Dismiss. Defendant's reply would be due on March 14, 2025. I have reached out to Defendant's counsel but she is out of the office for this entire week. This is Plaintiff's first request for an extension of time.

This request is made because the Plaintiff's counsel has been engaged in multiple deadlines and appearances, which include, but are not limited to, perfecting an appeal in *Elizabeth Christian v. The Department of Education of The City of New York,* 158793/2021; a reply brief due in the United States Court of Appeals for the Second Circuit in *O'Neill v. Newburgh Enlarged City School District*, Docket No. 24-2007; a 50-h hearing *The Matter of Maxim and Yana Semiglazov*; and appearances in Court.

I thank the Court for its consideration herein.

Very truly yours,

[signature]
Stewart Lee Karlin, Esq.

Granted.
SO ORDERED.

[signature]

2/18/2025

cc: Joanna Topping, Esq., via ECF