# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
**111 John Street, 22nd Floor**
**New York, New York 10038**
**(212) 792-9670 /Office**
**(844) 636-1021 /Fax**
**slk@stewartkarlin.com**

May 30, 2025

**Via ECF**
Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

### Re:   Byas v. Yonkers Public Schools, 7:23-cv-08437-KMK

Dear Judge Karas:

This office represents the Plaintiff, Paulette Byas, in the above-referenced matter. I am writing to request an adjournment *on consent* regarding the Pre-Motion Conference set to take place on June 13, 2025. This is Plaintiff's first request for an adjournment. I have consulted with Defendant's counsel who has graciously consented to the extension and advised that she would be unavailable on June 25, 2025. Plaintiff is requesting that the conference be adjourned to sometime after June 20, 2025.

The reason for the extension request is that the undersigned will be on a jury trial for *Deborah Thomas v. Jonathan Mintz, Commissioner New York City Department of Consumer Affairs and the City of New York*, which is scheduled to commence on June 9, 2025 in New York County Supreme Court and will likely still be on-going on June 13, 2025.

Thank you for the Court's consideration of the above.

Respectfully,

Stewart Lee Karlin, Esq.

Granted. The 6/12 conference is
adjourned to 6/ 25 /25, at 11: 30
Via teleconference
So Ordered
5/30/25

cc:    Joanna Topping, Esq.
       Attorney for Defendants via ECF