

**ABRAMS | FENSTERMAN, LLP**
ATTORNEYS AT LAW

White Plains
81 Main Street, Suite 400
White Plains, NY 10601
914.607.7010 | P

Long Island · Brooklyn · White Plains · Rochester · Albany

June 17, 2025

Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

    Re:    *Byas v. Yonkers Public Schools*, Case No. 7:23-cv-08437-KMK

Dear Judge Karas:

    This firm represents defendant Yonkers Public Schools ("defendant") in the above-referenced action. At the request of the plaintiff's counsel, Mr. Karlin, the pre-motion conference scheduled for June 13, 2025 was adjourned to June 25, 2025. When I conferred with Mr. Karlin regarding his request for the adjournment, I advised him that I consented but was not available on June 25, 2025. However, the conference was adjourned to June 25, 2025 (Dkt. 48). With Mr. Karlin's consent, I request that the conference be rescheduled. Both parties are available on July 8 or July 11, 2025.

    The reason for the requested adjournment is that my son's moving up ceremony is on June 25, 2025 and I am scheduled to take the day off for the ceremony and family events.

    Thank you for the Court's consideration of this request.

Granted. The conference is adjourned to
7/ 8 /25, at 4:00

So Ordered
6/17/25

Respectfully submitted,

Joanna M. Topping

cc (via ECF):

Stewart Lee Karlin, Esq.
Stewart Lee Karlin Law Group, P.C.
*Attorneys for Plaintiff Paulette Byas*
slk@stewartkarlin.com