# STEWART LEE KARLIN LAW GROUP, P.C.
## ATTORNEYS AT LAW
111 John Street, 22nd Floor
New York, New York 10038
(212) 792-9670 /Office
(844) 636-1021 /Fax
slk@stewartkarlin.com

February 13, 2026

**Via ECF**
Honorable Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

**Re:    Byas v. Yonkers Public Schools, Case No. 7:26-cv-00965-KMK**
**Related Case: Byas v. Yonkers Public Schools, Case No. 7:23-cv-08437-KMK**

Dear Judge Karas:

This office represents the Plaintiff, **Paulette Byas**, in the above-referenced matter. We respectfully request an adjournment, by consent, of the response to the Pre-Motion Letter filed on February 12, 2026, which is currently due on **February 19, 2026**. Plaintiff has consulted with Defendant's counsel, who has graciously consented to this request. Plaintiff respectfully requests a seven-day extension, from **February 19, 2026, to February 26, 2026**.

The basis for this request is a confluence of existing deadlines facing the undersigned, including: a reply due in *Deborah Latimer v. Excelsior University*, Index No. 911160-25; a response due in *Michelle Latin v. The Department of Education of the City of New York*, Index No. 156727/2025; and other statutory deadlines and a holiday on Monday.

This is the first request for an adjournment of this deadline and is made in good faith and not for purposes of delay.

Granted, but there will be no further such extensions.

Thank you for the Court's consideration of the above.

Respectfully,

So Ordered.

2/13/26

STEWART LEE KARLIN, ESQ.

cc:    Joanna Topping, Esq.
       Attorney for Defendants via ECF